# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Maryellen Noreika**
(302) 351-9278
mnoreika@mnat.com

November 3, 2017

The Honorable Sherry R. Fallon  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Allergan, Inc. v. Taro Pharm. Indus. Ltd. et al.*
              C.A. No. 17-663 (VAC) (SRF) (Consol.)

Dear Judge Fallon:

      Taro's November 2 letter to the Court attached several pages from a transcript in the *Iceutica Pty Ltd. v. Lupin Limited* case (C.A. No. 14-1515 (SLR)(SRF)).  For the Court's convenience we attach the entire transcript.  We have also highlighted several portions (pp. 32, 39), that we would like to discuss at the conference.

                              Respectfully,

                              */s/ Maryellen Noreika*

                              Maryellen Noreika (#3208)

MN/bac
Enclosure

cc:    Clerk of Court (via hand delivery; w/enclosure)
        All Counsel of Record (via electronic mail; w/enclosure)